# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-04-00224-CV

**Mark McCandless, Joe Petrocelli, and Powell Lane Plaza Partnership, Appellants**

**v.**

**Metal Building Components, L.P., Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT
### NO. GN401001, HONORABLE SUZANNE COVINGTON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties have notified us that they have reached a mediated settlement agreement, one of the terms of which was to dismiss this appeal. Accordingly, we dismiss the appeal according to the parties' agreement. *See* Tex. R. App. P. 42.1.

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices B. A. Smith and Pemberton

Dismissed on Agreed Motion

Filed: April 12, 2006